```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 27024
    LAMAR NICHOLSON
    CARLA NICHOLSON                             CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-7778     SSN XXX-XX-8415

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/07/05 and confirmed on 10/28/05.

    2.  The case was dismissed after confirmation, 07/13/2007.

    3.  The Debtor paid a total of $  41595.56 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC/HOMECOMINGS | CURRENT MORTG | 36581.27 | .00 | 36581.27 |
| GMAC/HOMECOMINGS | MORTGAGE ARRE | .00 | .00 | .00 |
| MONTEREY FINANCIAL SVCS | SECURED | .00 | 78.54 | .00 |
| TIDEWATER CREDIT | SECURED | 13800.00 | 972.07 | .00 |
| JACKSON AUTO SALES | UNSECURED | NOT FILED | .00 | .00 |
| FAST CASH ANY DAY | UNSECURED | NOT FILED | .00 | .00 |
| GLOBAL PAYMENTS | UNSECURED | 525.00 | .00 | .00 |
| METABANK | UNSECURED | 393.38 | .00 | .00 |
| NATIONAL QUICK CASH | UNSECURED | NOT FILED | .00 | .00 |
| QUIK PAYDAY.COM | UNSECURED | 620.00 | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| WALLY BLANTON | UNSECURED | NOT FILED | .00 | .00 |
| AMERISTAR FINANCIAL CO L | SECURED | 4000.00 | 272.30 | .00 |
| TIDEWATER CREDIT | UNSECURED | 3871.99 | .00 | .00 |
| ECKHOFF & MASSARELLI | UNSECURED | 3331.00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 54381.27 | .00 | 8741.37 | .00 | 63122.64 |
| PRINCIPAL PAID | 36581.27 | .00 | .00 | .00 | 36581.27 |
| INTEREST PAID | 1322.91 | .00 | .00 | .00 | 1322.91 |
| TOTAL PAID | 37904.18 | .00 | .00 | .00 | 37904.18 |

```
The Debtor's attorney, KENNETH S BORCIA & ASSOC         , was allowed $   2700.00
and was paid $    762.00  direct and $   1938.00  through the plan.

The Trustee received $   1753.38 .

Refunds to the Debtor totaled $         .00 .

       Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/11/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE